FILED
2022 Jul-05 PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| JEANETTE GRAY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 7:21-cv-01504-LSC |
| H & H OIL FIELD SERVICES, LLC, | ) | |
| Defendant. | ) | |

## Order

Before this Court is the parties' Joint Motion of Dismissal with Prejudice (Doc. 11) filed on June 27, 2022. This motion is GRANTED. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on July 5, 2022.

L. Scott Coogler
United States District Judge

206770